1  Benedict O'Mahoney (SBN 152447)
   Email: bomahoney@terralaw.com
2  TERRA LAW LLP
   177 Park Avenue, Third Floor
3  San Jose, CA  95113
   Telephone: +1 408 299 1200
4  Facsimile: +1 408 998 4895

5  Jonathan T. Suder (*Pro Hac Vice* To Be Filed)
   Email: jts@fsclaw.com
6  Corby R. Vowell (*Pro Hac Vice*)
   Email: vowell@fsclaw.com
7  Todd I. Blumenfeld (*Pro Hac Vice*)
   Email: blumenfeld@fsclaw.com
8  FRIEDMAN, SUDER & COOKE
   Tindall Square Warehouse No. 1
9  604 East 4th Street, Suite 200
   Fort Worth, Texas  76102
10 Telephone: +1 817 334 0400
   Facsimile: +1 817 334 0401

11

**Attorneys for Plaintiff**
12 **SOFTVAULT SYSTEMS, INC.**

13 KAREN BOYD
   JOSHUA MASUR
14 **TURNER BOYD LLP**
   702 Marshall Street, Suite 640
15 Redwood City, CA  94063
16 Telephone:  650 521.5930
   Facsimile:  650 521.5931
17 Email:  boyd@turnerboyd.com
   Email:  masur@turnerboyd.com
18

19 DANIEL C. WINSTON
   MARGARET E. IVES
20 **CHOATE HALL & STEWART LLP**
   Two International Place
21 Boston, MA 02110
22 Telephone: 617-248-4907
   Facsimile: 617-248-4000
23 Email: dwinston@choate.com
   Email: mives@choate.com
24 **Counsel for Defendant**
   **PTC, INC.**

1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PTC, INC.,<br><br>　　　　　Defendant. | CASE NO.  5:14-cv-03215-LHK<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br><br>JURY TRIAL DEMANDED |

　　　Having reviewed the Parties' Joint Motion to Dismiss, the Court is of the opinion that it should be GRANTED.

　　　It is therefore ORDERED that all claims by SoftVault Systems, Inc. against PTC, Inc. and all counterclaims by PTC, Inc. against SoftVault Systems, Inc. are hereby dismissed without prejudice to the refiling of same.  These dismissals resolve all claims pending in this matter.

　　　It is further ORDERED that all costs and expenses relating to this litigation shall be borne solely by the party incurring same.

　　　The Clerk shall close the file.

Signed this _1st_ day of December, 2014

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE